1  Elizabeth Rosenfeld (State Bar No. 106577)
   WOHLNER KAPLON PHILLIPS
2  YOUNG & CUTLER
   A Professional Corporation
3  15456 Ventura Boulevard, Suite 500
   Sherman Oaks, CA 91403
4  Telephone: (818) 501-8030
   Fax: (818) 501-5306
5  rosenfeld@wkpyc.com

6  Attorneys for Plaintiff/Judgment Creditor Board of
   Trustees of the Southern California Floor Covering
7  Pension Trust Fund, etc., et al.

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 5 2009
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## (Western Division)

BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND; CONTRACT ADMINISTRATION TRUST FUND; PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT FLOOR AND DECORATIVE COVERING LOCAL UNION 1247,

    Plaintiffs,

vs.

WILLIAM RELEFORD aka BILL RELEFORD, an individual and dba RELEFORD CARPET aka UNIVERSAL KARPET,

    Defendant.

CASE NO.: CV-97-1202-RJK (RNBx)

[PROPOSED] RENEWAL OF JUDGMENT

1  The above matter has been submitted to the Clerk of the Court, pursuant to
2  the Plaintiff/Judgment Creditor Board of Trustees of the Southern California
3  Floor Covering Pension Trust Fund, Southern California Floor Covering Health
4  and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and
5  Training Trust Fund, Southern California Floor Covering Vacation and Holiday
6  Trust Fund; Contract Administration Trust Fund; Painters and Allied Trades
7  Labor Management Cooperation Fund; and the Resilient Floor and Decorative
8  Covering Local Union 1247 Application for and Renewal of Judgment;
9  Declaration of Elizabeth Rosenfeld in Support Thereof and Notice of Renewal of
10 Judgment. The Clerk having considered the papers filed in this matter, and good
11 cause appearing therein:
12  IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the
13 judgment entered on March 25, 1999 in favor of the Plaintiff/Judgment Creditor
14 Board of Trustees of the Southern California Floor Covering Pension Trust Fund,
15 Southern California Floor Covering Health and Welfare Trust Fund, Southern
16 California Floor Covering Apprenticeship and Training Trust Fund, Southern
17 California Floor Covering Vacation and Holiday Trust Fund; Contract
18 Administration Trust Fund; Painters and Allied Trades Labor Management
19 Cooperation Fund; and the Resilient Floor and Decorative Covering Local Union
20 1247, is hereby renewed in the amount of $1,185,352.04 as to Plaintiff/Judgment
21 Creditor Board of Trustees of the Southern California Floor Covering Pension
22 Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund,
23 Southern California Floor Covering Apprenticeship and Training Trust Fund,
24 Southern California Floor Covering Vacation and Holiday Trust Fund; Contract
25 Administration Trust Fund; Painters and Allied Trades Labor Management
26 ///
27 ///
28 ///

1 | Cooperation Fund; and in the amount of $120,892.80, as to the Resilient Floor and
2 | Decorative Covering Local Union 1247.
3 |
4 |
5 | Dated: February 25, 2009    Clerk, by _____, Deputy
6 |
7 | Presented by:
8 | WOHLNER KAPLON PHILLIPS YOUNG & CUTLER
9 |
10 | By _____
11 | Elizabeth Rosenfeld
    Attorneys for Plaintiff/Judgment Creditor
    Board of Trustees of the Southern California
12 | Floor Covering Pension Trust Fund, Southern
    California Floor Covering Health and Welfare
13 | Trust Fund, Southern California Floor Covering
    Apprenticeship and Training Trust Fund,
14 | Southern California Floor Covering Vacation
    and Holiday Trust Fund; Contract Administration
15 | Trust Fund; Painters and Allied Trades Labor
    Management Cooperation Fund; and the Resilient
16 | Floor and Decorative Covering Local Union 1247

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address and place of employment is 15456 Ventura Boulevard, Suite 500, Sherman Oaks, California 91403.

On the date set forth below, I served the document(s) described as **[PROPOSED] RENEWAL OF JUDGMENT** on the interested parties in this action as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

William Releford aka Bill Releford, an individual
and dba Releford Carpet aka Universal Karpet
2400 South Central Avenue
Compton, CA 90220

[X] (BY MAIL) [X] I deposited such envelope(s) in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] (FEDERAL), I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 18, 2009 at Sherman Oaks, California.

*Aileen P. Locke*
Aileen P. Locke