Elizabeth Rosenfeld (CA Bar No. 106577)
email: erosenfeld@wkclegal.com
Jeffrey L. Cutler (CA Bar No. 100639)
Email: jcutler@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 313
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Trustees
of the Southern California Floor Covering Pension Trust Fund et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND, CONTRACT ADMINISTRATION TRUST FUND, PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT FLOOR AND DECORATIVE COVERING LOCAL UNION 1247,<br><br>          Plaintiffs,<br>  v.<br><br>WILLIAM RELEFORD aka BILL RELEFORD, an individual and dba RELEFORD CARPET aka UNIVERSAL KARPET,<br><br>          Defendant. | CASE NO. 97-cv-1202-RJK (RNBx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, WILLIAM RELEFORD aka BILL RELEFORD, an individual and dba RELEFORD CARPET aka UNIVERSAL KARPET having judgment entered against them on March 25, 1999 and having said judgment renewed on February 25, 2009:

Now, upon the application of the BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND, CONTRACT ADMINISTRATION TRUST FUND, PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT FLOOR AND DECORATIVE COVERING LOCAL UNION 1247 ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND, CONTRACT ADMINISTRATION TRUST FUND, PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT FLOOR be renewed in the amount of $1,720,651.64 which is broken down as follows:

    a.    Judgment Renewal...………………………………$1,185,352.04

| | | |
|---|---|---|
|1| b. | Post Judgment Interest from February 26, 2009 through November 15, |
|2| | 2018……………………..……………………..……..…$535,299.60 |
|3| | Total……………………….……………..………….**$1,720,651.64** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant THE RESILIENT FLOOR AND DECORATIVE COVERING LOCAL UNION 1247 be renewed in the amount of $175,482.06 which is broken down as follows:

    a.    Judgment Renewal..……………………………………$120,892.80

    b.    Post Judgment Interest from February 26, 2009 through November 15, 2018……………………..……………………..……..…$54,589.26

           Total……………………….……………..……………**$175,482.06**

Total Renewal Amount for Both Defendants……………**$1,896,133.70**

Dated: November 30, 2018

*Sharon Hall Brown*
DEPUTY CLERK,
UNITED STATES DISTRICT COURT

Kiry K Gray, Clerk of Court